### ROBERTS & ROBERTS *against* FAILIS.

The irregular conduct of the jury, in a justice's court, is properly assignable as an error, *in fact*, upon certiorari.

It is irregular for a jury each to put down a sum which they find for the party, add the sums together, divide by the number of jurors, and adopt the quotient as their verdict.

CERTIORARI to a Justice's Court. The suit below was between *Failis*, plaintiff, and *Roberts*, defendant. The jury, in making up their verdict, each put down a sum for which they would find for the plaintiff, added these together, divided the aggregate by six, the number of jurors, and rendered the quotient as their verdict, on which judgment was given.

The plaintiffs here assigned this matter *as error in fact;* and the defendant answered *in nullo est erratum;*

*H. Putnam,* for the plaintiff in error.

*G. W. Lay,* contra.

*Curia.* *Harvey v. Rickett,* (15 *John.* 87-8,) decides, that such conduct in a jury is improper. And we are of opinion that a certiorari, and assignment of the error, as here, is the proper mode of redress.

Judgment reversed.